

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

# COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE POLICY

## A Custom Insurance Policy Prepared for:

STANDARD GENERAL, L.P.
767 FIFTH AVENUE, 12TH FLOOR
NEW YORK NY 10153

This policy consists of this policy cover, the Policy Declarations and the Policy Forms, and endorsements listed in that declaration form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the company indicated as insuring company in the Declarations by the abbreviation of its name.

One of the companies listed below (each a stock company) has executed this policy, but it is valid only if counter-signed on the Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)

Secretary

President

(Rev. 04-10)

 **TRAVELERS** ☂

One Tower Square, Hartford, Connecticut  06183

**POLICY DECLARATIONS**
**COMMERCIAL EXCESS LIABILITY**
**(UMBRELLA) INSURANCE POLICY**

**POLICY NO.:** CUP-2D921177-14-42
**ISSUE DATE:** 07/15/2014

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

**1. NAMED INSURED AND MAILING ADDRESS:**
STANDARD GENERAL, L.P.
767 FIFTH AVENUE, 12TH FLOOR
NEW YORK NY 10153

THIS POLICY DOES NOT
COVER LIABILITY
ARISING OUT OF
ASBESTOS MATERIAL
SEE ENDORSEMENT
UM 01 96 07 96

**2. THE NAMED INSURED IS A:**

☐ CORPORATION   ☐ SOLE PROPRIETOR   ☐ PARTNERSHIP OR JOINT VENTURE   ☐ OTHER
                                                                    LIMITED PARTNERSHI

**3. POLICY PERIOD:** From 09/01/2014 to 09/01/2015 12:01 A.M. Standard Time at your mailing address.

**4. PREMIUM:** *  $  ▓▓▓▓  [X] Flat Charge  ☐ Adjustable (See premium schedule)
     * DIRECT BILL

**5. LIMITS OF INSURANCE:**

| COVERAGES | | LIMITS OF LIABILITY |
|---|---|---|
| **AGGREGATE LIMITS OF LIABILITY** | 5,000,000 | **Products/Completed Operations Aggregate** |
| | 5,000,000 | **General Aggregate** |
| **COVERAGE A - Bodily Injury and Property Damage Liability** | 5,000,000 | **any one occurrence** subject to the Products/ Completed Operations and the General Aggregate Limits |
| **COVERAGE B - Personal and Advertising Injury Liability** | 5,000,000 | **any one person or organization** subject to the General Aggregate Limit of Liability |
| **RETAINED LIMIT** | 10,000 | **any one occurrence or offense** |

**6. SCHEDULE OF UNDERLYING INSURANCE:**

| POLICY | LIMITS (000 omitted) | COVERAGE | COMPANY |
|---|---|---|---|
| SEE ENDORSEMENT CG D0 23 04 96 | | | |

**7.** On the effective date shown in Item 3, the Commercial Excess Liability (Umbrella) Insurance Policy numbered above includes this Declarations Page and the Policy Jacket (Form UM 00 76 which contains the Nuclear Energy Liability Exclusion) and any endorsements listed hereafter:
   SEE END. IL T8 01 01 01

**NAME AND ADDRESS OF AGENT OR BROKER:**
CRYSTAL & COMPANY
32 OLD SLIP                              X1996

NEW YORK                                 NY 10005

**COUNTERSIGNED BY:**

_____
Authorized Representative

DATE: _____

CG T0 14 04 96
OFFICE:  ELMIRA NY SRV CTR

Page 1 of 1

POLICY NUMBER: CUP-2D921177-14-42
EFFECTIVE DATE: 09/01/2014
ISSUE DATE: 07/15/2014

### LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | |
|---|---|
| CG T0 14 04 96 | POLICY DECLARATIONS COMMERCIAL EXCESS LIABILITY UMBRELLA |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |

UMBRELLA / EXCESS

| | |
|---|---|
| CG D0 23 04 96 | SCHEDULE OF UNDERLYING INSURANCE |
| UM 00 01 11 03 | COMMERCIAL EXCESS LIABILITY UMBRELLA INSURANCE |
| UM 03 45 02 00 | AUTO LIABILITY - FOLLOWING FORM |
| UM 03 81 01 08 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| UM 04 88 07 08 | WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS |
| UM 05 11 02 09 | AMENDMENT OF COVERAGE B - PERSONAL INJURY AND ADVERTISING INJURY LIABILITY |
| UM 00 94 08 86 | AMENDMENT OF COVERAGE - NAMED INSURED |
| UM 00 76 01 86 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENTBROAD FORM |
| UM 01 91 01 02 | WAR EXCLUSION |
| UM 01 96 07 96 | EXCLUSION - ASBESTOS |
| UM 03 54 07 00 | EXCLUSION - EMPLOYER'S LIABILITY - DESIGNATED STATES OR JURISDICTIONS |
| UM 04 15 10 11 | EXCLUSION - UNSOLICITED COMMUNICATIONS |
| UM 04 84 07 08 | AMENDMENT OF WATERCRAFT OR AIRCRAFT EXCLUSION |
| UM 05 30 03 09 | EXCLUSION - DISCRIMINATION |
| UM 06 09 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| UM 06 25 05 12 | PROFESSIONAL FINANCIAL SERVICES EXCLUSION |
| UM 00 83 07 12 | NEW YORK MANDATORY ENDORSEMENT |
| UM 03 98 11 11 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 05 10 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL F1 01 09 13 | NY CHGS - REFERENCES TO SUPERINTENDENT OF INS, INS DEPT, INS LAW AND REGULATION NO. |

UMBRELLA

POLICY NUMBER: **CUP-2D921177-14-42**                    ISSUE DATE: 07/15/2014

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SCHEDULE OF UNDERLYING INSURANCE

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE**

Item 6 of the Declarations to include:

| POLICY | LIMITS (000 OMITTED) | | COVERAGE | COMPANY |
|--------|----------|--------|----------|---------|
| UB-4096T648-14 | 1,000 | EACH ACCIDENT | EMPLOYER'S LIABILITY | ACR |
| | 1,000 | AGGREGATE EMPLOYEE DISEASE | | |
| | 1,000 | EACH EMPLOYEE DISEASE | | |
| 660-2D920156-14 | 1,000 | EACH OCCURRENCE | AUTO LIABILITY | TCT |
| 660-2D920156-14 | 1,000 | EACH OCCURRENCE | GENERAL LIABILITY | TCT |
| | 2,000 | PROD/COMP OPS AGG | | |
| | 2,000 | GENERAL AGGREGATE | | |

PRODUCER: **CRYSTAL & COMPANY**                    OFFICE:  ELMIRA NY SRV CTR    700

**CG D0 23 04 96**

UMBRELLA

# COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this insurance the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II – WHO IS AN IN-SURED**.

Other words and phrases that appear in quotation marks have special meaning. Refer **to SECTION V – DEFINI-TIONS**.

**SECTION I – COVERAGES**

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PER-SONAL INJURY AND ADVERTISING INJURY LIABILITY.**

**1. INSURING AGREEMENT.**

   **a.** We will pay on behalf of the insured the "ulti-mate net loss" in excess of the "applicable underlying limit" which the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "per-sonal injury" or "advertising injury" to which this insurance applies.

   This insurance applies to "bodily injury" or "property damage" only if:

    **(i)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place anywhere in the world;

    **(ii)** The "bodily injury" or "property damage" occurs during the policy period;

    **(iii)** Prior to the policy period, no insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** and no em-ployee authorized by you to give or re-ceive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized employee knew, prior to the policy period, that the "bodily injury" or "property dam-age" occurred, then any continuation, change or resumption of such "bodily in-jury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

This insurance applies to "personal injury" or "advertising injury" caused by an "offense" committed during the policy period, anywhere in the world.

   **b.** Damages because of "bodily injury" include damages claimed by any person or organiza-tion for care, loss of services or death result-ing at any time from the "bodily injury".

   **c.** "Property damage" that is loss of use of tan-gible property that is not physically injured shall be deemed to occur at the time of the "occurrence" that caused it.

   **d.** The amount we will pay for damages is lim-ited as described in **SECTION III – LIMITS OF INSURANCE**.

The following provisions apply only with respect to Parts **1.a.(i), (ii)** and **(iii)** above:

**1.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have oc-curred by any insured listed under Paragraph **1.** of **Section II – Who Is An Insured** or any employee authorized by you to give or re-ceive notice of an "occurrence" or claim, in-cludes any continuation, change or resump-tion of that "bodily injury" or "property damage" after the end of the policy period.

**2.** "Bodily injury" or "property damage" will be deemed to have been known to have oc-curred at the earliest time when any insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any employee au-thorized by you to give or receive notice of an "occurrence" or claim:

    **(a)** Reports all, or any part, of the "bodily in-jury" or "property damage" to us or any other insurer;

UMBRELLA

**(b)** Receives a written or verbal demand or claim for damages because of "bodily injury" or "property damage"; or

**(c)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. DEFENSE OF CLAIMS OR SUITS.**

**a.** We will have no duty to defend any claim or "suit" that any other insurer has a duty to defend. If we elect to join in the defense of such claims or "suits", we will pay all expenses we incur.

**b.** We will have the right and duty to defend any "suit" for damages which are payable under Coverages **A** or **B** (including damages wholly or partly within the "retained limit") but which are not payable by a policy of "underlying insurance", or any other available insurance, because:

**(1)** Such damages are not covered; or

**(2)** The "underlying insurance" has been exhausted by the payment of claims.

**c.** We may investigate and settle any claim or "suit" in **b.** above at our discretion.

**d.** Our right and duty in **b.** above end when we have used up the "applicable limit of insurance" in the payment of judgments or settlements.

**e.** We will pay, with respect to any claim or "suit" we defend in **b.** above:

**(1)** All expenses we incur.

**(2)** The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the "applicable limit of insurance". We do not have to furnish these bonds.

**(3)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(4)** All costs taxed against the insured in the "suit".

**(5)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have:

**(a)** paid, or offered to pay; or

**(b)** deposited in court:

the part of the judgment that is within the "applicable limit of insurance".

**(6)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the "applicable limit of insurance", we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the limits of insurance.

In any jurisdiction outside the United States of America (including its territories and possessions), Puerto Rico or Canada where we may be prevented by law or some other factor beyond our control from carrying out the agreements under **1. INSURING AGREEMENT** or **2. DEFENSE OF CLAIMS OR SUITS** above:

**a.** You must arrange to investigate, defend or settle any claim or "suit".

**b.** You will not make any settlement without our consent.

**c.** We will pay expenses incurred with our consent.

**3. EXCLUSIONS.**

This insurance does not apply to:

**a. Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. "Advertising Injury" "Offenses"**

**(1) Breach of Contract**

"Advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in the course of advertising your goods, products or services.

**(2) Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in the course of advertising your goods, products or services.

Copyright, The Travelers Indemnity Company, 2003

UM 00 01 11 03

**(3) Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in the course of advertising your products, goods or services.

**c. Employment-Related Practices**

"Bodily injury" or "personal injury" to:

1. A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

2. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity; and, to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**d. Contractual Liability**

"Bodily injury", "property damage", "personal injury" or "advertising injury" for which the insured assumed liability under a contract or agreement. This exclusion does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions, limitations and conditions of the policy(ies) of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

**e. Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**f. Pollution**

"Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants", or any loss, cost, expense or damages resulting therefrom, but this exclusion does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions, limitations and conditions of the policy(ies) of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

**g. Watercraft Or Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, including loading or unloading, or entrustment to others of any watercraft or any aircraft.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** Liability assumed under any contract or agreement for the ownership, maintenance or use of a watercraft;

**(3)** A watercraft over 50 feet in length which is chartered with crew by or on behalf of any insured;

**(4)** A watercraft less than 50 feet long which you own; or

**(5)** A watercraft less than 50 feet long which you do not own and is not being used to carry persons or property for a charge.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance,

UMBRELLA

use or entrustment to others of any watercraft or any aircraft that is owned or operated by or rented or loaned to any insured.

h. **"Personal Injury" Or "Advertising Injury" "Offenses"**

**(1) Knowing Violation Of Rights Of Another**

"Personal injury" or "advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury".

**(2) Material Published With Knowledge Of Falsity**

"Personal injury" or "advertising injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**(3) Material Published Prior To Policy Period**

"Personal injury" or "advertising injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period. All "personal injury" or "advertising injury" arising out of publication of the same or similar material subsequent to the beginning of the policy period is also excluded.

**(4) Criminal Acts**

"Personal injury" or "advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**(5) Contractual Liability**

"Personal injury" or "advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to "personal injury" or "advertising injury" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions, limitations and conditions of the policy(ies) of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

**(6) Insureds In Media And Internet Type Businesses**

"Personal injury" or "advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.**, **b.** and **c.** of the "personal injury" definition in **SECTION V – DEFINITIONS** .

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(7) Electronic Chatrooms Or Bulletin Boards**

"Personal injury" or "advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(8) Unauthorized Use Of Another's Name Or Product**

"Personal injury" or "advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

i. **Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

 Copyright, The Travelers Indemnity Company, 2003 UM 00 01 11 03

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**j. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**k. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**l. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**m. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**n. Uninsured Motorists, Underinsured Motorists, "Auto" No-Fault, Medical Expenses Benefits and Income Loss Benefits**

Any liability imposed on the insured, or the insured's insurer, under any of the following laws:

**(1)** Uninsured Motorists;

**(2)** Underinsured Motorists;

**(3)** "Auto" No-Fault Laws or other first party personal injury laws; or

**(4)** Medical Expense Benefits and Income Loss Benefits Laws of any applicable state or jurisdiction.

**o. Liquor Legal Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

UMBRELLA

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to "bodily injury" or "property damage" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions, limitations and conditions of the policy(ies) of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

## SECTION II – WHO IS AN INSURED.

**1.** If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members also are insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

   **a.** As respects the "auto hazard":

     **(1)** Anyone using an "auto" you own, hire or borrow including any person or organization legally responsible for such use provided it is with your permission; and

     **(2)** Any of your executive officers, directors, partners, employees or stockholders, operating an "auto" you do not own, hire or

borrow while it is being used in your business.

None of the following is an insured under **(1)** or **(2)** above:

   **(a)** Any person employed by or engaged in the duties of an auto sales agency, repair shop, service station, storage garage or public parking place that you do not operate;

   **(b)** The owner or lessee of any "auto" hired by or for you or loaned to you, and any agent or employee of such owner or lessee.

   **b.** Except as respects the "auto hazard":

     **(1)** Your executive officers, employees, directors or stockholders while acting within the scope of their duties; and

     **(2)** Any person or organization while acting as real estate manager for you.

   **c.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured. However, coverage does not apply to:

     **(1)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

     **(2)** "Personal injury" or "advertising injury" arising out of an "offense" committed before you acquired or formed the organization.

   **d.** Any person or organization having proper temporary custody of your property if you die, but only:

     **(1)** With respect to liability arising out of the maintenance or use of that property; and

     **(2)** Until your legal representative has been appointed.

   **e.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this insurance.

   **f.** Any other person or organization insured under any policy of the "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance for whom you have agreed in a written contract executed prior to loss to provide insurance. This insurance is subject to all

the limitations upon coverage under such policy of "underlying insurance", and, the limits of insurance afforded to such person or organization will be:

**(i)** The difference between the "underlying insurance" limits and the minimum limits of insurance which you agreed to provide; or

**(ii)** The limits of insurance of this policy

whichever is less.

If the minimum limits of insurance you agreed to provide such person or organization in a written contract are wholly within the "underlying insurance", this policy shall not apply.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

No person is an insured as respects "bodily injury" to a fellow employee unless insurance for such liability is afforded by the "underlying insurance".

## SECTION III – LIMITS OF INSURANCE.

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

2. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of injury and damage included in the "products-completed operations hazard".

3. The General Aggregate Limit is the most we will pay for damages under Coverage **A** and Coverage **B**, except:

   **a.** Damages because of injury and damage included in the "products-completed operations hazard"; and

   **b.** Damages because of injury and damage included in the "auto hazard".

4. Subject to **3.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

Non cumulation of Personal and Advertising Injury Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a **COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE** policy for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of damages under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a **COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE** policy for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

To determine the limit of our liability, all "bodily injury" and "property damage" arising out of continuous or repeated exposure to the same general conditions shall be considered one "occurrence".

The limits of this insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months. The policy period begins with the effective date shown in the Declarations. If the policy period is extended after issuance for an additional period of less than 12 months, the additional period will be deemed part of the last preceding period.

## SECTION IV – CONDITIONS.

1. **APPEALS.**

   **a.** If the insured or the insured's "underlying insurer" elects not to appeal a judgment which exceeds the "applicable underlying limit", we may do so.

   **b.** If we do, we will pay all costs of the appeal. We will also pay all costs on appeals related

UMBRELLA

to the defense of the insured as provided in **SECTION 1, 2. DEFENSE OF CLAIMS OR SUITS**. These sums are in addition to the "applicable limit of insurance". In no event shall our liability for "ultimate net loss" exceed the "applicable limit of insurance".

**2. BANKRUPTCY.**

**a.** Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this insurance.

**b.** Bankruptcy or insolvency of the "underlying insurer" will not relieve us of our obligations under this insurance.

However, this insurance will not replace the "underlying insurance" in event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

**3. CANCELLATION.**

**a.** You may cancel this insurance by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this insurance by mailing or delivering to you written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to your last mailing address known to us.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this insurance is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund will be pro rata less 10% of the pro rata unearned premium. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**4. CHANGES.**

This contract contains all the agreements between you and us concerning the insurance afforded. No change can be made in the terms of

this insurance except with our consent. The terms of this insurance can be amended or waived only by endorsement issued by us and made a part of this insurance.

**5. DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT.**

**a.** You must see to it that we are notified promptly of an "occurrence" or an "offense" which may result in a claim under this insurance. Notice should include:

**(1)** How, when and where the "occurrence" or "offense" took place; and

**(2)** The names and addresses of any injured persons and witnesses.

**b.** If a claim is made or "suit" is brought against any insured which may result in a claim against this insurance, you must see to it that we receive prompt written notice of the claim or "suit".

**c.** The insured must:

**(1)** Cooperate with the "underlying insurers";

**(2)** Comply with the terms of the "underlying insurance"; and

**(3)** Pursue all rights of contribution or indemnity against any person or organization who may be liable to the insured because of "bodily injury", "property damage", "personal injury" or "advertising injury" with respect to which insurance is provided under this or any policy of "underlying insurance".

**d.** When we believe that a claim may exceed the "underlying insurance", we may join with the insured and the "underlying insurer" in the investigation, settlement and defense of all claims and "suits" in connection with such "occurrence" or "offense". In such event, the insured must cooperate with us.

**6. EXAMINATION OF YOUR BOOKS AND RECORDS.**

We may examine and audit your books and records as they relate to this insurance:

**a.** At any time during the policy period;

**b.** Up to three years afterward; or

**c.** Within one year after final settlement of all claims under this insurance.

**7. INSPECTIONS AND SURVEYS.**

We have the right but are not obligated to:

    Copyright, The Travelers Indemnity Company, 2003    UM 00 01 11 03

a. Make inspections and surveys at any time;

b. Give you reports on the conditions we find; and

c. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. We do not warrant that conditions are safe or healthful; or comply with laws, regulations, codes or standards.

**8. LEGAL ACTION AGAINST US.**

No person or organization has a right under this insurance:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured. We will not be liable for damages that are not payable under the terms of this insurance; or are in excess of the "applicable limit of insurance".

An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**9. MAINTENANCE OF UNDERLYING INSURANCE.**

The insurance afforded by each policy in the schedule of "underlying insurance" in the Declarations will be maintained for the full term of this insurance. This provision does not apply to the reduction of the aggregate limit or limits due to payment of judgments or settlements for "bodily injury", "personal injury", "property damage" or "advertising injury". As these policies expire, you will renew them at limits at least equal to the expiring limits of insurance.

If you fail to comply with the above, this insurance is not invalidated. However, in the event of a loss, we will pay only to the extent that we would have paid had you so complied.

You must give us a written notice of any change in the "underlying insurance" as respects:

a. Coverage;

b. Limits of insurance;

c. Termination of any coverage; or

d. Exhaustion of aggregate limits.

**10. OTHER INSURANCE.**

This insurance is excess over any other valid and collectible insurance whether such other insurance is stated to be primary, contributing, excess, contingent or otherwise. This provision does not apply to a policy bought specifically to apply in excess of this insurance.

**11. OUR RIGHT TO RECOVER FROM OTHERS.**

If we make a payment under this insurance, the insured will assist us and the "underlying insurer" in recovering what we paid by using the insured's rights of recovery. Reimbursement will be made in the following order:

a. First, to any interest (including the insured) who has paid any amount in excess of the limits of this insurance;

b. Next to us; and

c. Then to any interest (including the insured and the "underlying insurer") as are entitled to claim the remainder, if any.

A different order may apply if agreed upon by all interests. Expenses incurred in the process of recovery will be divided among all interests according to the ratio of their respective recoveries.

**12. PREMIUM.**

a. You are responsible for the payment of all premiums and will be the payee for any return premiums.

b. If the premium is a flat charge, it is not subject to adjustment except as provided in **d.** below.

c. If the premium is other than a flat charge, it is an advance premium only. The earned premium will be computed at the end of each year in which this insurance is in force at the rate shown in the Declarations, subject to the Minimum Annual Premium.

d. Additional premium may become payable when coverage is provided for additional insureds and named insureds under the provisions of **SECTION II – 2.c. and f.**

**13. PREMIUM AUDIT.**

a. You must keep records of the information we need for premium computation, and send us copies at such times as we may request.

UMBRELLA

**b.** At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured.

**c.** The due date for audit and retrospective premiums is the date as shown as the due date on the bill.

**d.** If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to you subject to the minimum premiums.

**14. REPRESENTATION.**

By accepting this insurance, you agree:

**a.** The statements in the Declarations and any subsequent notice relating to "underlying insurance" are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this insurance in reliance upon your representations.

**15. SEPARATION OF INSUREDS.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to you in this insurance, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**16. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS INSURANCE.**

Your rights and duties under this insurance may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**17. WHEN LOSS IS PAYABLE.**

If we are liable under this insurance, we will pay for "ultimate net loss" after:

**a. (1)** The insured's liability is established by court decision; or

**(2)** There is a written agreement between the claimant, the insured, any "underlying insurer" and us; and

**b.** The amount of the "applicable underlying limit" is paid by or on behalf of the insured.

We will pay all claims within thirty days provided all terms of this insurance are met.

The insured will reimburse us for any payment we make for damages which are within the "retained limit".

**18. TITLES OF PARAGRAPHS.**

The titles of paragraphs of this policy and any endorsements attached to this policy are inserted solely for convenience of reference and are not to be deemed in any way to limit or affect the provisions to which they relate.

**19. CURRENCY**

Loss payments and expense reimbursements will be in the same currency as the currency of the Limits of Insurance stated in the Declarations. At our sole option, we may agree to pay loss or reimburse expense under this policy in another currency. Any necessary currency conversion shall be calculated based on the rate of exchange published in the next Wall Street Journal subsequent to the date of judgment, settlement or agreement.

**SECTION V – DEFINITIONS.**

**1.** "Advertising injury" means injury arising out of one or more of the following "offenses":

**a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral or written publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life; or

**c.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

Such "offenses" must be committed in the course of advertising your goods or products.

**2.** "Applicable limit of insurance" means the maximum amount we will pay as damages in accor-

     Copyright, The Travelers Indemnity Company, 2003     **UM 00 01 11 03**

dance with **SECTION III – LIMITS OF INSUR-ANCE.**

3. "Applicable underlying limit" means:

   a. If the policies of "underlying insurance" apply to the "occurrence" or "offense", the greater of:

      (1) The amount of insurance stated in the policies of "underlying insurance" in the Declarations or any other available insurance less the amount by which any aggregate limit so stated has been reduced solely due to payment of claims; or

      (2) The "retained limit" shown in the Declarations; or

   b. If the policies of "underlying insurance" do not apply to the "occurrence" or "offense", the amount stated in the Declarations as the "retained limit".

   The limits of insurance in any policy of "underlying insurance" will apply even if:

   (i) The "underlying insurer" claims the insured failed to comply with any condition of the policy; or

   (ii) The "underlying insurer" becomes bankrupt or insolvent.

4. "Auto" means a land motor vehicle, trailer or semi-trailer.

5. "Auto hazard" means all "bodily injury" and "property damage" for which liability insurance is afforded under the terms, other than limits of insurance, of the auto policy of "underlying insurance".

6. "Bodily injury" means bodily injury, shock, fright, mental injury, disability, mental anguish, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

7. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work"; or your fulfilling the terms of the contract or agreement.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

9. "Offense" means any of the offenses listed in the definition of "personal injury" or "advertising injury".

10. "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

    a. False arrest, detention or imprisonment;

    b. Malicious prosecution;

    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

    d. Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

    e. Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life.

    Such "offenses" must arise out of the conduct of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you.

11. "Pollutants" means one or more solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

12. a. "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

       (1) Products that are still in your physical possession; or

UMBRELLA

    **(2)** Work that has not yet been completed or abandoned.

  **b.** "Your work" will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed.

    **(2)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **c.** "Products-completed operations hazard" does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the loading or unloading of that vehicle by any insured; or

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**13.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

  "Property damage" does not include "electronic media and records".

  As used in this definition, "electronic media and records" means:

    **(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

    **(2)** Data stored on such media; or

    **(3)** Programming records for electronic data processing or electronically controlled equipment.

**14.** "Retained limit" is the sum stated in the Declarations as such. If the policies of "underlying insurance" do not apply to the "occurrence" or "offense", the insured shall retain this amount as self insurance with respect to:

  **a.** "Bodily injury" or "property damage" caused by each "occurrence"; or

  **b.** "Personal injury" or "advertising injury" sustained by any one person or organization and caused by an "offense".

**15.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding alleging such damages to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**16.** "Ultimate net loss" means the sum actually paid or payable due to a claim for which the insured is liable either by a settlement to which we agreed or a final judgment. Such sum will include proper adjustments for recoveries and salvage.

**17.** "Underlying insurance" means the policies listed in the Schedule of Underlying Insurance and includes:

  **a.** Any renewal or replacement of such policies; and

  **b.** Any other insurance available to the insured.

**18.** "Underlying insurer" means any insurer which provides a policy listed in the Schedule of Underlying Insurance or any other insurance available to the insured.

**19.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

UMBRELLA

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**20.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO LIABILITY – FOLLOWING FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

This insurance applies to "bodily injury" or "property damage" arising out of the:

1. ownership;
2. operation;
3. maintenance;
4. use;
5. loading;
6. unloading, or
7. entrustment to others

of any "auto" that is owned, operated, maintained, used, operated or hired by, or rented or loaned to any insured within the "auto hazard", but, only if such "bodily injury" or "property damage" would be covered by "underlying insurance" shown in Item **6.** SCHEDULE OF UNDERLYING INSURANCE of the Declarations, or the renewal or replacement of such "underlying insurance" but for the exhaustion of the applicable limits of insurance of the "underlying insurance".

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following is added to Paragraph **11.**, **OUR RIGHT TO RECOVER FROM OTHERS.**, of **SECTION IV – CONDITIONS.**:

If the insured has agreed in a contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against such person or organization, but only for payments we make because of:

**a.** "Bodily injury" or "property damage" caused by an "occurrence" that takes place; or

**b.** "Personal injury" or "advertising injury" caused by an "offense" that is committed;

subsequent to the execution of the contract or agreement.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE B – PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1. The following replaces Exclusion **b.(1), Breach Of Contract**, in Paragraph **3.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   **(1) Breach Of Contract**

   "Advertising injury" arising out of a breach of contract.

2. The following replaces Exclusion **b.(2), Quality Or Performance of Goods – Failure To Conform To Statements**, in Paragraph **3.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   **(2) Quality Or Performance Of Goods – Failure To Conform To Statements**

   "Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

3. The following replaces Exclusion **b.(3), Wrong Description Of Prices**, in Paragraph **3.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   **(3) Wrong Description Of Prices**

   "Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

4. The following replaces Exclusion **h.(2), Material Published With Knowledge Of Falsity**, in Paragraph **3.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   **(2) Material Published With Knowledge Of Falsity**

   "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

5. The following replaces Exclusion **h.(3), Material Published Prior To Policy Period**, in Paragraph **3.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   **(3) Material Published Or Used Prior To Policy Period**

   **(a)** "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

   **(b)** "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

6. The following replaces Exclusion **h.(6), Insureds In Media And Internet Type Businesses**, in Paragraph **3.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   **(6) Insureds In Media And Internet Type Businesses**

   "Personal injury" or "advertising injury" arising out of an offense committed by an insured whose business is:

   **(a)** Advertising, "broadcasting" or publishing;

© 2009 The Travelers Companies, Inc.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

UMBRELLA

(b) Designing or determining content of websites for others; or

(c) An Internet search, access, content or service provider.

This exclusion does not apply to Paragraphs **a.(1), (2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

(a) Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

(b) The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

7. The following is added to Paragraph **h., "Personal Injury" Or "Advertising Injury", "Offenses"**, in Paragraph **3., EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

**Intellectual Property**

"Personal injury" or "advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

(1) Copyright;

(2) Patent;

(3) Trade dress;

(4) Trade name;

(5) Trademark;

(6) Trade secret; or

(7) Other intellectual property rights or laws.

This exclusion does not apply to:

(1) "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

(2) Any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or vio-

lation of another's copyright, "title" or "slogan" in your "advertisement".

8. The following replaces the definition of "advertising injury" in **SECTION V – DEFINITIONS.**:

"Advertising injury":

a. Means injury, other than "personal injury", caused by one or more of the following offenses:

(1) Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

(2) Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

(a) Appropriates a person's name, voice, photograph or likeness;

(b) Unreasonably places a person in a false light; or

(c) Discloses information about a person's private life; or

(3) Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

b. Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

9. The following replaces the definition of "personal injury" in **SECTION V – DEFINITIONS.**:

"Personal injury":

a. Means injury, other than "advertising injury", caused by one or more of the following offenses arising out of your business:

(1) False arrest, detention or imprisonment;

(2) Malicious prosecution;

© 2009 The Travelers Companies, Inc.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

**(5)** Oral or written publication, including publication by electronic means, of material that:

**(a)** Appropriates a person's name, voice, photograph or likeness;

**(b)** Unreasonably places a person in a false light; or

**(c)** Discloses information about a person's private life.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**10.** The following is added to **SECTION V – DEFINITIONS.**:

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

"Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

**(1)** Radio or television programming being transmitted;

**(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

**(3)** Advertising transmitted with any of such programming.

"Slogan":

**a.** Means a phrase that others use for the purpose of attracting attention in their advertising.

**b.** Does not include a phrase used as, or in, the name of:

**(1)** Any person or organization, other than you; or

**(2)** Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

"Title" means a name of a literary or artistic work.

© 2009 The Travelers Companies, Inc.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE — NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The second paragraph of this insurance is replaced by:

Throughout this insurance the words "you" and "your" refer to the Named Insured shown in the Declarations and any subsidiary thereof. The words "we", "us" and "our" refer to the Company providing this insurance.

Copyright, The Travelers Indemnity Company

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

1. The insurance does not apply:

   a. Under any Liability Coverage, to "bodily injury"or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   b. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   c. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" include radioactive, toxic or explosive properties;

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material";

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

   "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

   "Nuclear facility" means:

   a. Any "nuclear reactor";

   b. Any equipment or device designed or used for (1) separating the isotopes of uranium or pluto-

UMBRELLA

nium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste";

c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

   Copyright, The Travelers Indemnity Company   UM 00 76 01 86

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following exclusion is added to Paragraph **3., EXCLUSIONS** of **SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY:**

**3. Exclusions**

This insurance does not apply to:

**War**

"Bodily injury", "property damage", "personal injury" or "advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

a. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

b. Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

       Copyright, The Travelers Indemnity Company, 1996

POLICY NUMBER:  `CUP-2D921177-14-42`

UMBRELLA
ISSUE DATE:  `07/15/2014`

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EMPLOYER'S LIABILITY – DESIGNATED STATE(S) OR JURISDICTION(S)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**SCHEDULE OF STATE(S) OR JURISDICTION(S):**

`STATE OF NEW YORK`

**PROVISIONS:**

**A.** This insurance does not apply to:

"Bodily injury" to:

**(1)** An employee of the insured arising out of and in the course of:

**(a)** employment by the insured; or

**(b)** performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that employee as a consequence of **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under a contract or agreement.

**B.** Provision **A.** of this endorsement applies only to those state(s) or jurisdiction(s) designated in the Schedule above of this endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **3., EXCLUSIONS.,** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

**Unsolicited Communication**

"Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any ac-

tual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**2.** The following is added to **SECTION V – DEFINITIONS:**

"Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

   © 2011 The Travelers Indemnity Company. All rights reserved.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF WATERCRAFT OR AIRCRAFT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following replaces Exclusion **g.**, **Watercraft Or Aircraft**, in **Paragraph 3.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

**g. Watercraft Or Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any watercraft or aircraft owned or operated by or rented or loaned to any insured. Use includes operation and loading or unloading. Loading or unloading means the handling of property:

**(1)** After it is moved from the place where it is accepted for movement into or onto a watercraft or an aircraft;

**(2)** While it is in or on a watercraft or an aircraft; or

**(3)** While it is being moved from a watercraft or an aircraft to the place where it is finally delivered;

but loading or unloading does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the watercraft or aircraft.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any watercraft or aircraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to "bodily injury" or "property damage" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, would apply but for the exhaustion of its limits of liability.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following exclusion is added to Paragraph **3.**, **EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

**Discrimination**

"Bodily injury" or "personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

 © 2009 The Travelers Companies, Inc.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1.  The following exclusion is added to Paragraph **3., EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

    **Violation Of Consumer Financial Protection Laws**

    "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury", "property damage", "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

2.  The following is added to **SECTION V – DEFINITIONS**:

    "Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

    **a.**  Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

    **b.**  Information bearing on a person's credit worthiness, credit standing or credit capacity.

    **c.**  Social security number.

    **d.**  Drivers license number.

    **e.**  Birth date.

    "Consumer financial protection law" means:

    **a.**  The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

    **b.**  California's Song-Beverly Credit Card Act and any of its amendments; or

    **c.**  Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROFESSIONAL FINANCIAL SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1. The following exclusion is added to Paragraph **3., EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

   **Professional Financial Services**

   "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of providing or failing to provide professional "financial services" by any insured to others.

   This exclusion does not apply to:

   (1) "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any typographical error;

   (2) "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any clerical error in any deposit into or withdrawal from any customer's account;

   (3) "Bodily injury" to your customer, or "property damage" to property owned or used by your customer, that occurs while such customer is on your premises for the purpose of receiving professional "financial services"; or

   (4) "Bodily injury" or "property damage" arising out of the act of taking possession of real or personal property in connection with any of the following operations or activities:

      (a) Lending;

      (b) Leasing; or

      (c) Extension of credit.

2. The following is added to **SECTION V – DEFINITIONS.**:

   "Financial services" includes:

   a. Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, wire transfer agent or agent for the purpose of accomplishing any activity listed in paragraphs **b.** through **h.** below;

   b. Planning, managing, administering, advising on or acting in a fiduciary capacity for:

      (1) Any investment, trust, pension, annuity, deposit account, individual retirement plan, fund or account, welfare fund, mutual fund or other similar financial account;

      (2) The issuance or withdrawal of any bond, debenture, stock or other security;

      (3) The trading or brokerage of any security, commodity or currency;

      (4) Any acquisition, merger, dissolution or other business consolidation or expansion;

      (5) Debt or credit counseling; or

      (6) Personal finance consulting;

   c. Evaluating, analyzing, administering, managing, advising on or servicing, or providing opinions or instructions in connection with, any of the following operations or activities:

      (1) Lending, leasing or extension of credit;

      (2) Credit card or debit card; or

      (3) Real estate.

   d. Checking or reporting of credit;

   e. Maintaining or providing information concerning any financial account, record or balance;

   f. Tax planning, tax advising or preparing any tax return;

   g. Selling or issuing any travelers check, certified check, bank check, money order, other similar monetary instrument or money transfer;

   h. Administering or leasing any safe deposit or lock box;

   i. With respect to any contract or treaty of insurance, reinsurance, suretyship, annuity, endowment or employee benefit plan, nursing, medical, dental, psychiatric or laboratory service, health facility management, or other health maintenance or cost containment pro-

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

UMBRELLA

gram, including any application, receipt or binder:

   **(1)** Assuming any obligation; or

   **(2)** Discharging any obligation or duty, contractual or otherwise;

**j.** Administering, managing, being a member of or contributing to any plan, pool, association, insolvency or guarantee fund or any similar fund, organization or association;

**k.** Auditing any account or record of others; or

**l.** Evaluating, analyzing, managing or advising on, or providing opinions or instruction in connection with, any actuarial, adjustment, appraisal, audit, claim, consulting, data processing, engineering, inspection, investigative or survey service.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**UM 06 25 05 12**

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK MANDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

## PROVISIONS

1. The following replaces the first sentence of Paragraph **2.b.** of **SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   b. We will have the right and duty to defend any "suit" for damages which are payable under Coverages **A** and **B** (including damages wholly or partly within the "retained limit") even if any of the allegations of the "suit" are groundless, false or fraudulent, but which are not payable by a policy of "underlying insurance", or any other available insurance, because:

      (1) Such damages are not covered; or

      (2) The "underlying insurance" has been exhausted by the payment of claims.

2. The following replaces Paragraph **2.c.** of **SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   c. We may investigate any claim or "suit" in **b.** above at our discretion. We will not make any payment for damages which are within the insured's "retained limit" without the insured's consent.

      The Insured will reimburse us for any payment we make with the Insured's consent for damages which are within the "retained limit".

      If the Insured shall refuse to consent to the payment of the self-insured retention with respect to any settlement or compromise recommended by the insurer and acceptable to the plaintiff, damages exceeding the amount we would have been liable for at the time the claim or proceedings could have been settled or compromised, shall be the liability of the insured to indemnify us.

3. The following replaces Paragraph **2.d.** of **SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY;**

and **COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

   d. (1) If we conclude that, based on "occurrences", "offenses", claims or "suits" which have been reported to us and to which this insurance may apply, the:

      (a) General Aggregate Limit (other than the Products/Completed Operations Limit);

      (b) Products/Completed Operations Aggregate Limit;

      (c) COVERAGE A – Bodily Injury and Property Damage Liability "Occurrence" Limit; or

      (d) COVERAGE B – Personal and Advertising Injury Liability Limit

      is likely to be used up in the payment of judgments or settlements, we will notify the first Named Insured, in writing, to that effect.

      (2) When a limit of insurance described in paragraph **(1)** above has actually been used up in the payment of judgments or settlements:

      (a) We will notify the first Named Insured, in writing, as soon as practical, that:

         (i) Such a limit has actually been used up; and

         (ii) Our duty to defend suits seeking damages subject to that limit has also ended.

      (b) We will initiate, and cooperate in, the transfer of control, to any appropriate insured, of all claims and "suits" seeking damages which are subject to that limit and which are reported to us before that limit is used up. That insured must cooperate in the transfer of control of said claims and "suits".

         We agree to take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such

© 2012 The Travelers Indemnity Company. All rights reserved.

UMBRELLA

"suits" until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

We will take no action whatsoever with respect to any claim or "suit" seeking damages that would have been subject to that limit, had it not been used up, if the claim or "suit" is reported to us after that limit of insurance has been used up.

**(c)** The first Named Insured, and any other insured involved in a "suit" seeking damages subject to that limit, must arrange for the defense of such "suit" within such time period as agreed to between the appropriate insured and us. Absent any such agreement, arrangements for the defense of such "suit" must be made as soon as practicable.

**(3)** The first Named Insured will reimburse us for expenses we incur in taking those steps we deem appropriate in accordance with paragraph **(2)(b)** above.

The duty of the first Named Insured to reimburse us will begin on:

**(a)** The date on which the applicable limit of insurance is used up, if we sent notice in accordance with paragraph **(1)** above; or

**(b)** The date on which we sent notice in accordance with paragraph **(2)(a)** above, if we did not send notice in accordance with paragraph **(1)** above.

**(4)** The exhaustion of any limit of insurance by the payments of judgments or settlements, and the resulting end of our duty to defend, will not be affected by our failure to comply with any of the provisions of this Condition.

**4.** The following replaces Paragraphs **4.** and **5.** of **SECTION III– LIMITS OF INSURANCE.**:

**4.** Subject to **3.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will

pay for the sum of damages under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**5.** The following replaces the last sentence of **SECTION III – LIMITS OF INSURANCE.**:

When the policy period is extended in order to cure a late nonrenewal or conditional renewal notice, the annual aggregate limits of the policy are automatically increased in proportion to the policy period extension.

**6.** The following replaces Paragraphs **a., b., c.,** and **e.** of Paragraph **3., CANCELLATION.,** of **SECTION IV – CONDITIONS.**:

**a.** The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

**b. (1) CANCELLATION OF POLICIES IN EFFECT 60 DAYS OR LESS**

We may cancel this policy by mailing or delivering to you written notice of cancellation at least:

**(a)** 30 days before the effective date of cancellation if we cancel for any reason not included in paragraph **(b)** below.

**(b)** 15 days before the effective date of cancellation if we cancel for any of the following reasons:

**(i)** Nonpayment of premium;

**(ii)** Conviction of a crime arising out of acts increasing the hazard insured against;

**(iii)** Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim thereunder;

**(iv)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

**(v)** Material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to

© 2012 The Travelers Indemnity Company. All rights reserved.

be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

(vi) Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public; or

(vii) A determination by the Superintendent that the continuation of the policy would violate, or would place us in violation of, any provision of the Insurance Code.

(2) **CANCELLATION OF POLICIES IN EFFECT FOR MORE THAN 60 DAYS**

If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy we issued, we may cancel only for any of the reasons listed in paragraph **(1) (b)** above provided we mail you a notice of cancellation at least 15 days before the effective date of cancellation.

**c.** We shall mail or deliver our notice including the reason to you at the address shown in the policy and the authorized agent or broker.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the Named Insured cancels, the refund shall be less than pro rata.

However, when the premium is advanced under a premium finance agreement, the cancellation refund will be pro rata. Under such financed policies, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**7.** The following is added to Paragraph **3., CANCELLATION.,** of **SECTION IV – CONDITIONS.:**

If one of the reasons for cancellation in paragraph **b.(1)(b)** above exists, we may cancel this entire policy, even if the reason for cancellation pertains only to a new coverage or endorsement initially effective subsequent to the original issuance of the policy.

**8.** The following replaces Paragraphs **a.** and **b.** of Paragraph **5., DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT.,** of **SECTION IV – CONDITIONS.:**

**a.** You must see to it that we are notified as soon as reasonably possible of an "occurrence" or "offense" which may result in a claim under this insurance. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or "offense" took place; and

(2) The names and addresses of any injured persons and witnesses.

**b.** If a claim is made or a "suit" is brought against any insured which may result in a claim against this insurance, you must see to it that we receive notice as soon as reasonably possible.

**9.** The following is added to Paragraph **5., DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT.,** of **SECTION IV – CONDITIONS.:**

Notice given by or for an insured, or written notice by or for the injured person or any other claimant, to any of our licensed agents, with particulars sufficient to identify you, is deemed to be notice to us.

**10.** The following replaces Paragraph **b.** of Paragraph **6., EXAMINATION OF YOUR BOOKS AND RECORDS.,** of **SECTION IV – CONDITIONS.:**

**b.** Up to eighteen months afterward; or

**11.** The following replaces Paragraph **8., LEGAL ACTION AGAINST US.,** of **SECTION IV – CONDITIONS.:**

**LEGAL ACTION AGAINST US**

**a.** Except as provided in Paragraph **b.**, no person or organization has a right under this insurance:

(1) To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

(2) To sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liabil-

© 2012 The Travelers Indemnity Company. All rights reserved.

UMBRELLA

ity signed by us, the insured and the claimant or the claimant's legal representative.

**b.** With respect to "bodily injury", "personal injury" and "advertising injury" claims, if we deny coverage or do not admit liability because an insured or the injured person, someone acting for the injured person or other claimant fails to give us written notice as soon as practicable, then the injured person, someone acting for the injured person or other claimant may bring an action against us, provided the sole question is whether the denial of coverage or nonadmission of liability is based on the failure to provide timely notice.

However, the injured person, someone acting for the injured person or other claimant may not bring an action if within 60 days after we deny coverage or do not admit liability, we or an insured:

**(1)** Brings an action to declare the rights of the parties under the policy; and

**(2)** Names the injured person, someone acting for the injured person or other claimant as a party to the action.

**12.** The following is added to **SECTION IV – CONDITIONS.**:

**WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will send notice as provided in the **NOTICE OF WHEN WE DO NOT RENEW AND CONDITIONAL RENEWAL** Condition below along with the reason for nonrenewal.

**CONDITIONAL RENEWAL**

If we condition the renewal of this policy upon:

**a.** Change of limits;

**b.** Change in type of coverage;

**c.** Reduction of coverage;

**d.** Increased deductible;

**e.** Addition of exclusion; or

**f.** Increased premium in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added; or as a result of experience rating, retrospective rating or audit;

we will send notice as provided in the **NOTICE OF WHEN WE DO NOT RENEW AND CONDITIONAL RENEWAL** Condition below.

**NOTICE OF WHEN WE DO NOT RENEW AND CONDITIONAL RENEWAL**

**a.** If we decide not to renew this policy or to conditionally renew this policy as provided in the **WHEN WE DO NOT RENEW** and **CONDITIONAL RENEWAL** Conditions above, we will mail or deliver notice to you at least 60 but not more than 120 days before:

**(1)** The expiration date; or

**(2)** The anniversary date if this is a continuous policy.

**b.** Notice will be mailed or delivered to you at the address shown in the policy and the authorized agent or broker. If notice is mailed, proof of mailing will be sufficient proof of notice.

**c.** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

**d.** If we violate any of the provisions in the **WHEN WE DO NOT RENEW** or **CONDITIONAL RENEWAL** Conditions or Parts **a.** and **b.** of the **NOTICE OF WHEN WE DO NOT RENEW AND CONDITIONAL RENEWAL** Condition above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

**(1)** Coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60 day period, has replaced the coverage or elects to cancel.

**(2)** On or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**e.** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the policy has been replaced or is no longer desired.

   © 2012 The Travelers Indemnity Company. All rights reserved.   **UM 00 83 07 12**

## CONFORMITY TO STATUTES

It is hereby understood and agreed that, notwithstanding anything in this insurance to the contrary, the terms of this insurance as respects coverage for operations in the State of New York shall conform to the coverage requirements of the applicable insurance laws of the State of New York or the applicable regulations of the New York Insurance Department; provided, however, that the Company's limits of liability as stated in this insurance shall be excess of the limits of liability of any underlying insurance or self-insurance as stated in the Declarations or in any endorsement attached hereto.

## CALCULATION OF PREMIUM

**a.** For policies with fixed terms in excess of one year, or policies with no stated expiration date, except as provided in paragraph **b.**, the following applies:

The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal or continuation of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**b.** For policies with fixed terms in excess of one year, where premium is computed and paid annually, the following applies:

**(1)** The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. Such rates and rules will be used to calculate the premium at each anniversary, for the entire term of the policy, unless the specific reasons described in paragraphs **(2)** or **(3)** apply.

**(2)** The premium will be computed based on the rates and rules in effect on the anniversary date of the policy only when, subsequent to the inception of the current policy period, one or more of the following occurs:

**(a)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

**(b)** A material physical change in the property insured, occurring after issuance or last anniversary renewal date of the policy, causes the property to become uninsurable in accordance with underwriting standards in effect at the time the policy was issued or last renewed; or

**(c)** A material change in the nature or extent of the risk, occurring after issuance or last anniversary renewal date of the policy, which causes the risk of "loss" to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed.

**(3)** If, subsequent to the inception of the current policy period, the Limit of Insurance is increased, or Additional Coverages or Causes of Loss are insured, the rate and rules in effect at the time of the change will be applied to calculate the premium and will continue to apply to the change at subsequent anniversary dates.

**13.** Wherever appearing throughout this policy, including in any endorsements to this policy, the phrase:

other insurance

is replaced by the phrase:

other valid and collectible insurance.

**14.** The following provision is added and supersedes any provision to the contrary:

Failure to give notice to us as required under this insurance shall not invalidate any claim made by the insured, injured person or any other claimant unless the failure to provide such timely notice has prejudiced us. However, no claim made by the insured, injured person or any other claimant will be invalidated if it shall be shown not to have been reasonably possible to give such timely notice and that notice was given as soon as was reasonably possible thereafter.

 © 2012 The Travelers Indemnity Company. All rights reserved.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following replaces the definition of "property damage" in **SECTION V – DEFINITIONS**:

**13.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records for electronic data processing or electronically controlled equipment.

UM 03 98 11 11        © 2011 The Travelers Indemnity Company. All rights reserved.        Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement applies to the insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
COMMERCIAL GENERAL LIABILITY COVERAGE PART
CYBERFIRST LIABILITY COVERAGE
ELECTRONIC MANUFACTURERS AND COMPUTER SERVICES ERRORS AND OMISSIONS
    LIABILITY COVERAGE FORM
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
ENVIRONMENTAL HAZARD POLICY
EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
LAW ENFORCEMENT LIABILITY COVERAGE PART
LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
    INFORMATION SECURITY LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SELF-INSURED EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE FORM
SELF-INSURED EXCESS LIQUOR LIABILITY COVERAGE FORM
SELF-INSURED EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
SELF-INSURED EXCESS PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF
    TRANSPORTATION
TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE

**PROVISIONS**

On December 26, 2007, the President of the United States signed into law amendments to the Terrorism Risk Insurance Act of 2002 (the "Act"), which, among other things, extend the Act and expand its scope. The Act establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in the Act) caused by "acts of terrorism". An "act of terrorism" is defined in Section 102(I) of the Act to mean any act that is certified by the Secretary of the Treasury – in concurrence with the Secretary of State and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for Insured Losses is 85% of the amount of Insured Losses in excess of each Insurer's statutorily established deductible, subject to the "Program Trigger", (as defined in the Act). In no event, however, will the federal government or any Insurer be required to pay any portion of the amount of aggregate Insured Losses occurring in any one year that exceeds $100,000,000,000, provided that such Insurer has met its deductible. If aggregate Insured Losses exceed $100,000,000,000 in any one year, your coverage may therefore be reduced.

The charge for Insured Losses for each Coverage Part is included in the Coverage Part premium. The charge that has been included for each Coverage Part is indicated below, and does not include any charge for the portion of losses covered by the Federal Government under the Act.

- **1% of each applicable Commercial Liability Coverage premium.**

IL T3 68 05 10        © 2010 The Travelers Indemnity Company        Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – REFERENCES TO NEW YORK SUPERINTENDENT OF INSURANCE, INSURANCE DEPARTMENT, INSURANCE LAW, AND REGULATION NO.

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS INCLUDED IN THIS POLICY

1. Wherever it appears throughout this policy in reference to New York, the term Superintendent of Insurance is replaced by Superintendent of Financial Services.

2. Wherever it appears throughout this policy in reference to New York, the term Insurance Department or Department of Insurance is replaced by Department of Financial Services.

3. Wherever it appears throughout this policy in reference to New York, the term Insurance Law is replaced by Financial Services Law.

4. Wherever it appears throughout this policy in reference to New York, the term Regulation No. is replaced by Insurance Regulation No.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.