# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

STANDARD GENERAL L.P.,

Plaintiff,

-v-

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for STANDARD GENERAL L.P. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Standard General L.P. declares that it has no parent company and no publicly traded corporation owns 10% or more of Standard General L.P.'s stock.

Date: January 25, 2017

Signature of Attorney

Attorney Bar Code: RC0815