*181135*

UNITED STATES DISTRICT COURT
Southern District of New York

Standard General L.P.

        Plaintiff(s),
vs.

Case No.: 17cv548

The Travelers Indemnity Company of Connecticut

AFFIDAVIT OF SERVICE

        Defendant(s).
_____/

I certify that I received this process on 01/27/2017 at 12:50 PM to be served upon:

The Travelers Indemnity Company of Connecticut

STATE OF CONNECTICUT
HARTFORD COUNTY    ss: East Hartford

I, Christine Foran, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On 01/27/2017 at 1:55 PM, I served the within Summons in a Civil Action, Complaint Jury Demanded, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Practices of Judge William H. Pauley, III on The Travelers Indemnity Company of Connecticut at One Tower Square, Hartford, CT 06183 in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process with the date and hour endorsed thereon by me to Jennifer L. Abramo, Paralegal of the above named corporation and informing him/her of the contents.

Description of person process was left with:

Sex: Female - Skin: White - Hair: Brown - Age: 44 - Height: 5'6" - Weight: 140
Other:

Under penalty of perjury I declare that I have read the foregoing Affidavit Of Service and that the facts stated in it are true.

Signed and sworn to before me on 01/30/2017 by an affiant who is personally known to me or produced identification.

Christine Foran
Special Delivery Service, Inc
5-170 L.B.J. Freeway
Dallas, TX 75240
800-352-7290

Notary Public

Commission Expires: 03/31/2018

AMY J. CHANT
NOTARY PUBLIC
MY COMMISSION EXPIRES



Jennifer L. Abramo
Paralegal

The Travelers Companies, Inc.
One Tower Square
Hartford, CT 06183
860.277.2623 tel

jabramo@travelers.com
travelers.com