Case 1:17-cv-00548-WHP   Document 7   Filed 02/01/17   Page 1 of 1


*181178*

# UNITED STATES DISTRICT COURT
## Southern District of New York

**Standard General L.P.**

        Plaintiff(s),

vs.

**The Travelers Indemnity Company of Connecticut**

        Defendant(s).
_____/

**Case No.: 17cv548**

**AFFIDAVIT OF SERVICE**

I certify that I received this process on 01/31/2017 at 10:46 AM to be served upon:

**The Travelers Indemnity Company of Connecticut**

STATE OF FLORIDA
                  ss: East Hartford
COUNTY OF BROWARD

I, Sandra Yade, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On 01/31/2017 at 11:08 AM, I served the within **Summons in a Civil Action, Complaint Jury Demanded, with Exhibits, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Individual Practices of Judge William H. Pauley, III** on The Travelers Indemnity Company of Connecticut at One Tower Square, Hartford, CT 06183 in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process with the date and hour endorsed thereon by me to **Jennifer L. Abramo, Paralegal** of the above named corporation and informing him/her of the contents.

Description of person process was left with:

Sex: Female - Skin: White - Hair: Brown - Age: 44 - Height: 5'6" - Weight: 140
Other:

.Under penalty of perjury I declare that I have read the foregoing Affidavit Of Service and that the facts stated in it are true.

Signed and sworn to before me on 01/31/2017
by an affiant who is personally known to
me or produced identification.

X _____
Sandra Yade
Special Delivery Service, Inc.
5470 L.B.J. Freeway
Dallas, TX 75240
800-352-7290

Notary Public
Commission Expires: 03/31/2018

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES

**TRAVELERS**

Jennifer L. Abramo
Paralegal

The Travelers Companies, Inc.
One Tower Square
Hartford, CT 06183
860.277.2623 tel

jabramo@travelers.com