UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Standard General L.P.,<br><br>　　　　　Plaintiff,<br><br>- against -<br><br>The Travelers Indemnity Company of Connecticut,<br><br>　　　　　Defendant. | Case No. 17-CV-00548 (WHP)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that Thomas A. Martin, Esq., a Partner of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for defendant, The Travelers Indemnity Company of Connecticut in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
　　　　February 14, 2017

　　　　　　　　　　　　　　　By: ___/s/  TAM_____
　　　　　　　　　　　　　　　　　　Thomas A. Martin
　　　　　　　　　　　　　　　　　　PUTNEY, TWOMBLY, HALL & HIRSON LLP
　　　　　　　　　　　　　　　　　　521 Fifth Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10175
　　　　　　　　　　　　　　　　　　(212) 682-0020
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

To:  (via ECF)
　　　Robin L. Cohen
　　　rcohen@mckoolsmith.com

　　　Kenneth H. Frenchman
　　　kfrenchman@mckoolsmith.com

　　　Jillian Raines
　　　jraines@mckoolsmith.com

　　　*Attorneys for Plaintiff*