UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Standard General L.P., <br><br> Plaintiff, <br><br> - against - <br><br> The Travelers Indemnity Company of Connecticut, <br><br> Defendant. | Case No. 17-CV-00548 (WHP) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that James M. Strauss, Esq., a Partner of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for defendant, The Travelers Indemnity Company of Connecticut in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
February 14, 2017

By:    /s/ JMS
James M. Strauss
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant*

To: (via ECF)
Robin L. Cohen
rcohen@mckoolsmith.com

Kenneth H. Frenchman
kfrenchman@mckoolsmith.com

Jillian Raines
jraines@mckoolsmith.com

*Attorneys for Plaintiff*