UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STANDARD GENERAL L.P.,,

           Plaintiff,

- against -

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,

           Defendant.

---

Civil Action No. 17-cv-00548
(WHP)(GWG)

**STIPULATION AND ORDER**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties, that the time for Defendant The Travelers Indemnity Company of Connecticut to Answer, move or otherwise respond to the Plaintiff's Complaint is hereby extended to March 10, 2017.

Dated: New York, New York
       February 17, 2017

_____
Robin L. Cohen

MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
(212) 402-9400
*Attorneys for Plaintiff*

_____
James M. Strauss

PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant*

SO ORDERED:

_____    2/21/17
WILLIAM H. PAULEY III
U.S.D.J.

JS