# McKool Smith

Robin L. Cohen
Direct Dial: (212) 402-9801
rcohen@mckoolsmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

March 13, 2017

**VIA ECF**

Honorable William H. Pauley III
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

    RE:    ***Standard General L.P. v. The Travelers Indemnity Company of Connecticut***
             Case No. 1:17-cv-00548 (WHP) (GWG)

Dear Judge Pauley:

    I write as lead trial counsel for plaintiff Standard General L.P. ("Standard") in the above-referenced case. Due to a pre-existing scheduling conflict on March 24, 2017 requiring that I will be out of the country, I write to respectfully request an adjournment of the pre-motion conference currently scheduled on March 24, 2017 at 10:00 a.m., to the week of March 31, 2017, or to a later date and time more convenient for Your Honor.

    I have made no prior requests and have conferred with counsel for Defendant regarding this conflict, who consents to the proposed adjournment. I thank the Court for its continued attention to this matter.

                                                     Respectfully submitted,

                                                     Robin L. Cohen

cc:     All Counsel of Record (via e-filing)