UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD GENERAL L.P., | ) |
| Plaintiff, | ) Civil Action No. 1:17-cv-548 (WHP) |
| v. | ) **NOTICE OF APPEARANCE** |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | ) |
| Defendant. | ) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that as of this date Adam S. Ziffer, of the law firm McKool Smith, P.C., with offices at One Bryant Park, 47th Floor, New York, New York 10036, hereby appears as counsel for plaintiff Standard General L.P., in the above-entitled proceeding.

I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: March 29, 2017                                        Respectfully Submitted,

/s/ Adam S. Ziffer
Adam S. Ziffer
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9800
Facsimile: (212) 402-9444
aziffer@mckoolsmith.com