UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STANDARD GENERAL L.P.,

        Plaintiff,

        -against-

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17cv0548

<u>ORDER OF REFERENCE TO
MAGISTRATE JUDGE</u>

WILLIAM H. PAULEY III, District Judge:

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

===========================================================

DATED:    March 31, 2017
                New York, New York

SO ORDERED:

*(signature)*
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge