UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANDARD GENERAL L.P.,

        Plaintiff,

        -against-

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,

        Defendant.

17cv0548

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for a conference on March 31, 2017, the following is entered on consent:

(1) Plaintiff will file its motion for summary judgment by May 15, 2017;

(2) Defendant will file its opposition by June 15, 2017;

(3) Any reply will be filed by June 23, 2017; and

(4) The parties will appear for an oral argument on July 14, 2017 at 11:00 a.m.

(5) The parties will notify this Court of the need for expert discovery by November 3, 2017;

(6) If expert discovery is not needed, all discovery will be completed by November 17, 2017;

(7) The parties will submit a joint pre-trial order on December 14, 2017; and

(8) The parties will appear for a final pre-trial conference on December 15, 2017 at 10:00 a.m.

Dated: March 31, 2017
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.