Thomas A. Martin, Esq.
Philip H. Kalban, Esq.
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

tmartin@putneylaw.com
pkalban@putneylaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| STANDARD GENERAL L.P., | |
|---|---|
| Plaintiff, | Case No. 1:17-cv-00548(WHP)(GWG) |
| v. | **NOTICE OF CROSS-MOTION** |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | **FOR SUMMARY JUDGMENT** |
| Defendant. | |

PLEASE TAKE NOTICE that on July 14, 2017, at 11:00 a.m., or as soon thereafter as counsel may be heard, Defendant, The Travelers Indemnity Company of Connecticut ("Travelers"), will cross-move the United States District Court for the Southern District of New York, Hon. William H. Pauley, United States District Judge, at the United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, New York, for an order pursuant to Rule 56 FRCP granting Defendant Travelers summary judgement dismissing the complaint and each claim for relief therein, and granting to Defendant Travelers such further relief as is just.

PLEASE TAKE FURTHER NOTICE that in support of Defendant's Motion for Summary Judgment Defendant will rely on this Notice of Cross-Motion, its Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in Support of this Cross-Motion, the Declaration of Thomas A. Martin dated June 15, 2017 and exhibits annexed thereto, certain exhibits annexed to the Affidavit of Gail Steiner dated May 15, 2017 submitted with

Plaintiff's Motion for Summary Judgment, and Defendant's Responsive FRCP Rule 56.1 Statement, all submitted with this Cross-Motion.

Dated: New York, New York
      June 15, 2017

                      PUTNEY, TWOMBLY, HALL & HIRSON LLP
                      *Attorneys for Defendant The Travelers Indemnity Company of Connecticut*

                      By:         /S/
                                    Thomas A. Martin

TO: All counsel of record (via ECF)