# McKool Smith

| | | |
|---|---|---|
| Adam S. Ziffer<br>Direct Dial: (212) 402-9804<br>aziffer@McKoolSmith.com | One Bryant Park<br>47th Floor<br>New York, NY 10036 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

June 23, 2017

<u>VIA ECF</u>

Honorable William H. Pauley III
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

    RE:   *Standard General L.P. v. The Travelers Indemnity Company of Connecticut*
             **Case No. 1:17-cv-00548 (WHP) (GWG)**

Dear Judge Pauley:

    I write to inform you that on June 23, 2013, Standard General L.P. ("Standard") electronically filed its Reply Memorandum of Law In Further Support of Standard's Motion for Summary Judgment and in Opposition to Travelers' Cross-Motion for Summary Judgment (*see* ECF Doc. No. 28), along with the accompanying Reply Affidavit of Gail Steiner with Exhibits 8-9 (*see* ECF Doc. No. 29).

    Pursuant to Rule III(F) of Your Honor's Individual Practices, please note that Standard made this reply filing:

    a) in further support of Standard's Motion for Summary Judgment (*see* ECF Doc. No. 23), which was electronically filed with Standard's Opening Memorandum of Law; the accompanying Affidavit of Gail Steiner with Exhibits 1-7; and Standard's Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1 (*see* ECF Doc. No. 23-1—23-10); and

    b) in opposition to Defendant The Travelers Indemnity Company of Connecticut's ("Travelers") Cross-Motion for Summary Judgment (ECF Doc. No. 24), which Travelers electronically filed with its accompanying Memorandum Of Law (*see* ECF Doc. No. 25); Declaration of Thomas A. Martin with Exhibits A-E (*see* ECF Doc. Nos. 26); and Travelers' Response Rule 56.1 Statement (*see* ECF Doc. No. 27).

    We thank the Court for its attention to this matter.

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

June 23, 2017
Page 2

                                                      Respectfully,

                                                      */s/ Adam S. Ziffer*

                                                      Adam S. Ziffer

cc:  All counsel of record (via ecf)