UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD GENERAL L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRAVELERS INDEMNITY COMPANY ) <br> OF CONNECTICUT, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:17-cv-00548 (WHP) (GWG) <br><br> **NOTICE OF MOTION** <br> **FOR SUMMARY JUDGMENT** |

    **PLEASE TAKE NOTICE** that on the 14th day of July, 2017, at 11:00 a.m., the undersigned counsel for Plaintiff Standard General L.P. shall move, before the Honorable William H. Pauley, at the United States Courthouse, Courtroom 20B, 500 Pearl St., New York, NY, for the entry of an Order granting Plaintiff's Motion for Summary Judgment and for such other and further relief as the Court deems just and proper in the above-captioned case.

    **PLEASE TAKE FURTHER NOTICE** that in support of Plaintiff's Motion for Summary Judgment, Plaintiff shall rely upon this Notice of Motion, its Memorandum of Law in Support of Standard General's Motion for Summary Judgment, Plaintiff's Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1, and the Affidavit of Gail Steiner in Support of Plaintiff's Motion for Summary Judgment, sworn on May 15, 2017, together with its Exhibits, all of which are submitted herewith.

Dated: May 15, 2017

        Respectfully submitted,

        MCKOOL SMITH, P.C.

        By:     /s/ Adam S. Ziffer
            Robin L. Cohen
            Adam S. Ziffer
            Kenneth H. Frenchman
            Jillian Raines

            One Bryant Park, 47th Floor
            New York, NY 10036
            Telephone: (212) 402-9804
            rcohen@mckoolsmith.com
            aziffer@mckoolsmith.com
            kfrenchman@mckoolsmith.com
            jraines@mckoolsmith.com

*Attorneys for Plaintiff*

To:    All counsel of record (via ECF)