UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD GENERAL L.P., | : |
| | : |
| Plaintiff, | : |
| | : 17cv0548 |
| -against- | : |
| | : ORDER |
| THE TRAVELERS INDEMNITY | : |
| COMPANY OF CONNECTICUT, | : |
| | : |
| Defendant. | : |

WILLIAM H. PAULEY III, District Judge:

This Court having reviewed Travelers' letter dated August 23, 2017 (ECF No. 39), Standard General is directed to submit all records supporting its defense costs to Travelers by 12:00 p.m. noon on Friday, August 25, 2017.  Standard General is further directed to submit these records to the Court for in camera inspection.

Both parties are directed to submit letter memoranda by close of business on August 29, 2017 regarding the reasonableness of recoverable costs under the policy.  Given the parties' disagreement on the measure of damages, this Court nevertheless reminds them to submit their proposed judgments by close of business on August 25, 2017.

Dated: August 24, 2017
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.