UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STANDARD GENERAL L.P., :
:
                      Plaintiff, :
: 17cv0548
      -against- :
: ORDER
THE TRAVELERS INDEMNITY :
COMPANY OF CONNECTICUT, :
:
                   Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIAM H. PAULEY III, District Judge:

        This Court having reviewed the parties' submissions regarding the reasonableness of recoverable costs under the policy (ECF Nos. 41 and 42), both parties are directed to appear for a conference on September 7, 2017 at 3:30 p.m.

Dated: September 5, 2017
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.