NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANDARD GENERAL L.P., )
)
        Plaintiff, )   Civil Action No. 1:17-cv-548 (WHP)
)
v. )   **NOTICE OF APPEARANCE**
)
THE TRAVELERS INDEMNITY COMPANY )
OF CONNECTICUT, )
)
        Defendant.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that as of this date Jillian Raines, of the law firm McKool Smith, P.C., with offices at One Bryant Park, 47th Floor, New York, New York 10036, hereby appears as counsel for plaintiff Standard General L.P., in the above-entitled proceeding.

I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: September 6, 2017

                                          Respectfully Submitted,

                                          Jillian Raines
                                          One Bryant Park, 47th Floor
                                          New York, New York 10036
                                          Telephone: (212) 402-9800
                                          Facsimile: (212) 402-9444
                                          jraines@mckoolsmith.com