## PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
STEPHEN J. MACRI
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY H. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
ROBERT M. TUCKER

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER

September 21, 2017

**Via ECF and Federal Express**

Honorable William H. Pauley III
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

   Re: **Standard General L.P. v. The Travelers Indemnity Company of Connecticut**
     **Case No.: 1:17-cv-00548 (WHP) (GWG)**

Dear Judge Pauley:

  We are the attorneys for Defendant The Travelers Indemnity Company of Connecticut ("Travelers") in connection with the above-captioned case. I write this letter with the consent of Adam Ziffer, Esq., counsel for Plaintiff.

  Through Your Honor's memo endorsement of September 15, 2017, you extended until September 22, 2017 the parties' time to report the results of settlement negotiations suggested by Your Honor at an in chambers conference on September 7, 2107.

  I am pleased to report that the parties have negotiated a settlement that will resolve this case in its entirety. The parties are in the process of drafting closing papers. Those papers should be completed shortly.

              Respectfully,

              Thomas A. Martin

cc: Adam Ziffer, Esq. (via email)